THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN JOBISSY, Appellant, against THOMAS H. MURPHY, as Warden of Clinton Prison, Respondent.

(Argued October 7, 1935; decided October 22, 1935.)

*Charles A. White* for appellant.

*John J. Bennett, Jr., Attorney-General (Caleb Candee Brown, Jr.,* and *Victor F. Boire* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Not sitting: LEHMAN, J.